# Morgan Lewis

**Jeremy P. Blumenfeld**
Partner
+1.215.963.5258
jeremy.blumenfeld@morganlewis.com

July 27, 2022

> APPLICATION GRANTED
> SO ORDERED /s/
> VERNON S. BRODERICK
> U.S.D.J.  07/28/22

**VIA ECF**

The Honorable Vernon S. Broderick
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square, Room 518
New York, New York 10007

Re:   Pessin v. JPMorgan Chase U.S. Benefits Executive et al, Case No. 22-cv-02436

Dear Judge Broderick:

    As counsel for Defendants JPMorgan Chase US Benefits Executive, Board of Directors of JPMorgan Chase Bank, N.A. and JPMorgan Chase & Co., and JPMorgan Chase Retirement Plan ("Defendants") in the above-referenced matter, we write pursuant to Your Honor's July 26, 2022 Order (Dkt. 28) to confirm that, in light of Plaintiff Joseph Pessin's ("Plaintiff") filing of an Amended Class Action Complaint ("Amended Complaint") (Dkt. 23) on July 25, 2022, Defendants' pending motion to dismiss (Dkt. 17) should be deemed moot without prejudice to renew.

    Pursuant to Federal Rule of Civil Procedure 15(a)(3), Defendants intend to file a new motion to dismiss the Amended Complaint and respectfully request that the time to do so be extended from August 8, 2022 up to and including August 24, 2022. Plaintiff consents to this request. Defendants request the additional time to give appropriate consideration to Plaintiff's new allegations and as a result of preexisting vacations and other commitments. This is Defendants' first request for an extension, and no other scheduled dates are affected by the instant request.

    We thank the Court for its attention to and consideration of this matter.

Respectfully submitted,

*/s/ Jeremy P. Blumenfeld*

Jeremy P. Blumenfeld

cc:   All Counsel of Record (via ECF)

**Morgan, Lewis & Bockius** LLP

1701 Market Street
Philadelphia, PA  19103-2921    T +1.215.963.5000
United States    F +1.215.963.5001