```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
JOSEPH PESSIN, on behalf of himself       :
and all others similarly situated,        :
                                          :   22cv2436 (DLC)
                          Plaintiff,      :
              -v-                         :       ORDER
                                          :
JPMORGAN CHASE U.S. BENEFITS              :
EXECUTIVE, et al.                         :
                                          :
                          Defendants.     :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On July 11, 2022, the defendants filed a motion to dismiss the complaint. On July 25, 2022, the plaintiff filed an amended complaint. On July 27, the defendants submitted a letter requesting that the pending motion to dismiss be deemed moot without prejudice to renew. This motion was granted on July 28. Defendants renewed their motion to dismiss on August 24. Accordingly, it is hereby

ORDERED that the plaintiff shall file any amended complaint by **September 16, 2022**. It is unlikely that the plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, the plaintiff shall file any opposition to the motion to dismiss by **September 16, 2022**. The defendants' reply, if any, shall be filed by **September 30, 2022**. At the time any reply is filed, the moving party shall supply Chambers with two (2)

courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         August 24, 2022

                                    _____
                                       DENISE COTE
                                    United States District Judge