**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOSEPH PESSIN, on behalf of himself
and all others similarly situated,

                          Plaintiff,
      -against-                                  22 **CIVIL** 2436 (DLC)

                                                          **<u>JUDGMENT</u>**
JPMORGAN CHASE U.S. BENEFITS
EXECUTIVE, et al.,

                         Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated December 9, 2022, the defendants' August 24 motion to dismiss the FAC is granted; accordingly, the case is closed.

**Dated:**  New York, New York
        December 9, 2022

                                                      **RUBY J. KRAJICK**

                                                        _____
                                                          **Clerk of Court**

                              **BY:**      *K. Mango*

                                                          _____
                                                          **Deputy Clerk**