UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH PESSIN, on behalf of himself and all others similarly situated,<br><br>      Plaintiffs,<br><br>    v.<br><br>JPMORGAN CHASE US BENEFITS EXECUTIVE, as Plan Administrator of the JPMorgan Chase Retirement Plan, BOARD OF DIRECTORS OF JPMORGAN CHASE BANK and J.P. MORGAN CHASE & COMPANY, JPMORGAN CHASE RETIREMENT PLAN,<br><br>      Defendants. | Case No. 1:22-cv-2436-DLC<br><br>**NOTICE OF APPEAL** |

  PLEASE TAKE NOTICE that Plaintiff Joseph Pessin hereby appeals to the United States Court of Appeals for the Second Circuit from the December 9, 2022, Opinion and Order granting Defendants' Motion to Dismiss Plaintiff's Amended Complaint and the Judgment entered thereon on December 9, 2022, and from each and every part of said Opinion and Order and Judgment.

DATED: New York, New York
     January 9, 2023

    KELLER ROHRBACK L.L.P.

    By: /s/ David S. Preminger
      David S. Preminger
      1140 Avenue of the Americas, 9th Floor
      New York, Ny 10036
      Tel.: (646) 380-6690
      Fax: (646) 380-6692
      dpreminger@kellerrohrback.com

      Jeffrey Lewis, Admitted *Pro Hac Vice*
      KELLER ROHRBACK L.L.P.
      180 Grand Avenue, Suite 1380
      Oakland, Ca 94612
      Tel.: (510) 463-3900
      Fax: (510) 463-3901
      jlewis@kellerrohrback.com

Teresa S. Renaker, Admitted *Pro Hac Vice*
RENAKER SCOTT LLP
505 Montgomery Street, Suite 1125
San Francisco, CA 94111
Telephone: (415) 653-1733
Facsimile: (415) 727-5079
teresa@renakerscott.com

**Attorneys for Plaintiffs**