**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JOSEPH PESSIN, on behalf of himself and all
others similarly situated,

                      Plaintiff,

       -against-                                    22 **CIVIL** 2436 (DLC)

                                                          **<u>JUDGMENT</u>**

JPMORGAN CHASE U.S. BENEFITS
EXECUTIVE, et al.,

                    Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 8, 2025, the defendants' October 4 motion to dismiss is converted to a motion for summary judgment and granted. Judgment entered in favor of defendants.

**Dated:** New York, New York

       January 8, 2025

                                                        **TAMMI M. HELLWIG**
                                                         Clerk of Court

                          **BY:**
                                                     **Deputy Clerk**