```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
JOSEPH PESSIN, on behalf of himself      :
and all others similarly situated,       :
                                         :     22cv2436 (DLC)
                         Plaintiff,      :
              -v-                        :     ORDER
                                         :
JPMORGAN CHASE U.S. BENEFITS             :
EXECUTIVE, et al.,                       :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On February 5, 2025, the defendants moved for an award of attorneys' fees. It having been reported by the mediator that the parties reached agreement on all outstanding issues, it is hereby

ORDERED that the defendants' February 5 motion is dismissed as moot.

Dated:     New York, New York
           March 11, 2025

                                    _____
                                            DENISE COTE
                                    United States District Judge